LOCAL FORM 6004-1(a)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Lucas James Bemboom,                      Case No. 20-50120-RJK
                                             Chapter 7
       Debtor.

## NOTICE OF ABANDONMENT

To: The United States Trustee, all creditors and other parties in interest.

On April 2, 2020, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor named above will abandon property of the estate, as follows:

> The trustee will abandon the following property of the estate which is encumbered to First National Bank of Milaca:
>
> Dairy cattle livestock;
> Vehicles:
>     2004 Chevrolet Suburban
>     1994 Harley Davidson Ultra Glide
>     2003 Chevrolet 2500 HD
>     1981 Ford Grain Truck
> Equipment:
>     1060 Gehl Chopper w/ Corn Head
>     750 Massey Combine
>     8309 IH Discbine
>     4180 White Tractor
>     Farmall M Tractor
>     S185 Melroe Bobcat
>     1566 IH Tractor
>     1060 Gehl Chopper (Parts)
>     Case 970 Tractor
>     Kasten Silage Box
>     Rex Silage Box
>     2 Badger Silage Boxes
>     New Idea 3622 Spreader
>     JD 4630 Tractor
>     IH 1486 Tractor
>     Bunks, Panels, Gates
>     Feeder Wagon
>     16' IFI Disc

LOCAL FORM 6004-1(a)

       12' Ford Field Cultivator
       IH 800 Planter
       Milking Equipment - Bulk Tanks, Etc.
       6, 7, and 5 ton bins
       Running Gear

The foregoing property is burdensome to the estate and of no or inconsequential value to the estate. In particular, livestock requires ongoing care and feeding. The foregoing property is subject to the perfected security interest of First National Bank of Milaca, and the secured claim of said creditor is approximately $227,653, a sum which substantially exceeds the value of the foregoing property.

    <u>Objection: Motion: Hearing.</u> Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the date set for the abandonment. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | (see address below) |
| 404 U.S. Courthouse | 300 South 4th Street | |
| 515 W First St. | Minneapolis, MN   55415 | |
| Duluth MN   55802 | | |

Dated: March 9, 2020                      <u>/e/ Erik A. Ahlgren</u>
                                               Erik A. Ahlgren, Trustee
                                               220 W Washington Ave, Ste 105
                                               Fergus Falls, MN   56537
                                               218-998-2775
                                               trustee@prtel.com